UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| RYAN ANTHONY BROCATO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 5:20-cv-01150-ACA-JHE |
| ) | |
| GOVERNOR KAY IVEY, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

After screening Plaintiff Ryan Anthony Brocato's amended complaint, as required by 28 U.S.C. § 1915A(b), the magistrate judge entered a report recommending that the court dismiss all of the claims except the COVID-19-related deliberate indifference claim asserted against Defendants Jefferson Dunn, Scarlette Robinson, Deborah Toney, and William Streeter. (Doc. 13). The magistrate judge further recommended the court refer the remaining claim back to him for further proceedings. (*Id.* at 12). Although the magistrate judge advised Mr. Brocato of his right to file specific written objections within fourteen days, the court has received no objections.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court **ADOPTS** the magistrate judge's report and **ACCEPTS** his recommendation. The court

**DISMISSES** Mr. Brocato's claims against Defendants Kay Ivey and the Alabama Department of Corrections **WITHOUT PREJUDICE**. The court **DISMISSES** all of Mr. Brocato's claims against Commissioner Dunn and Wardens Robinson, Toney, and Streeter except his claim of COVID-19-related deliberate indifference **WITHOUT PREJUDICE**. The court **REFERS** the COVID-19-related deliberate indifference claim to the magistrate judge for further proceedings.

    **DONE** and **ORDERED** this April 7, 2021.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE