UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| RYAN ANTHONY BROCATO,   ) | |
| Plaintiff,   ) | |
| v.   ) | Case No. 5:20-cv-01150-ACA-JHE |
| WILLIAM STREETER, et al.,   ) | |
| Defendants.   ) | |

### MEMORANDUM OPINION

On January 10, 2022, the magistrate judge entered a report recommending that the court grant summary judgment in favor of Defendants Commissioner Jefferson Dunn and Wardens William Streeter, Scarlette Robinson, and Deborah Toney. (Doc. 24). The magistrate judge advised the parties of their right to file specific written objections by January 24, 2022, as well as the consequences of failing to object. (Doc. 13 at 13). But the court has not received any objections.

Plaintiff Ryan Anthony Brocato's failure to file specific objections waives any challenge to the proposed findings and recommendations. *See* 28 U.S.C. § 636(b)(1); 11th Cir. R. 3-1. In light of the proposed findings, the court agrees with the proposed recommendation. The court therefore **ADOPTS** the magistrate judge's report and **ACCEPTS** his recommendation. The court **WILL GRANT** Defendants Dunn, Streeter, Robinson, and Toney's motion for summary judgment and **WILL**

**ENTER SUMMARY JUDGMENT** in their favor and against Mr. Brocato on his deliberate indifference claim.  (Doc. 21).

The court will enter a separate final judgment.

**DONE** and **ORDERED** this February 8, 2022.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE